UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Davis, et al. | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 18-cv-01514 |
| | ) | |
| City of Normandy | ) | |
| Defendant. | ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, John Jerry Robinson, move to be admitted pro hac vice to the bar of this court for the purpose of representing Plaintiffs in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
 John Jerry Robinson
(b) Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

 Name: Arnold & Porter Kaye Scholer LLP
 Address: 601 Massachusetts Ave., NW
 City, State Zip: Washington, DC 20001
 Phone No.: (202) 942-5000
 Fax No.: (202) 942-5999

(c) Email for movant-attorney;
 john.robinson@arnoldporter.com
(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
 University of Michigan Law School (May 2012)
(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| Jurisdiction | Yr. Admitted | Reg. Number |
|---|---|---|
| New York | 2013 | 5086483 |
| District of Columbia | 2017 | 1044072 |
| USDC - DC | 2017 | 1044072 |
| (see attached form) | | |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)  Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

Attachment to Verified Motion for Admission Pro Hac Vice
United States District Court, Eastern District of Missouri
Applicant: John Robinson

I am a member of the following state and federal bars (continued):

| Title of Court | Year of Admission | Bar Number (if applicable) |
|---|---|---|
| U.S. District Court for the Southern District of New York | 2013 | JR1318 |
| U.S. District Court for the Eastern District of New York | 2013 | |
| U.S. District Court for the Western District of New York | 2015 | |
| U.S. District Court for the District of Maryland | 2017 | |
| U.S. Court of Appeals for the Third Circuit | 2018 | |