UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA DAVIS, *et al.*,   )<br>   )<br>    Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>THE CITY OF NORMANDY,   )<br>   )<br>    Defendant.   )<br>   ) | Case No. 4:18-cv-1514-RLW |

**STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE ON MOTION TO DISMISS**

WHEREAS Plaintiffs Angela Davis, *et al.* filed a Complaint in this action on September 10, 2018 (ECF No. 1);

WHEREAS Defendant City of Normandy ("Normandy") requested, and the Court granted, two extensions of time for Normandy to file a response to Plaintiffs' Complaint (ECF Nos. 7, 10);

WHEREAS Normandy filed a Motion to Dismiss on November 30, 2018 (ECF No. 13) and obtained leave of court to file a supporting memorandum in excess of the page limitations (ECF No. 17);

WHEREAS the Parties agree that efficiency and judicial economy would be served by creating a briefing schedule for addressing the motion to dismiss.

NOW, THEREFORE, the Parties stipulate and agree on the following briefing schedule:

1.    Plaintiffs' opposition to Normandy's Motion to Dismiss shall be filed no later than **December 21, 2018**; and

2. Defendant's reply to Plaintiffs' opposition shall be filed no later than **January 7, 2019**.

**IT IS SO STIPULATED.**

DATED:  December 5, 2018            *Plaintiffs Angela Davis, et al.*

By: */s/ John M. Waldron*
Michael-John Voss (MBE #61742MO)
Blake A. Strode (MBE #68422MO)
Simi Atri (MBE #70489MO)
John M. Waldron (MBE #70401MO)
ARCHCITY DEFENDERS, INC.
440 North 4th Street, Ste. 390
St. Louis, MO 63102
Tel: (855) 724-2489
Fax:  (314) 925-1307
jwaldron@archcitydefenders.org

DATED:  December 5, 2018            *Defendant City of Normandy*

By:  */s/ John M. Reeves*
John M. Reeves, #59634MO
KING, KREHBIEL & HELLMICH, LLC
2000 S. Hanley Road
St. Louis, MO 63144
Tel: (314) 646-1110
Fax: (314) 646-1122
JReeves@kingkrehbiel.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____            _____
                                                                United States District Court Judge

## Certificate of Service

   I hereby certify that on December 5, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John M. Reeves
KING, KREHBIEL & HELLMICH, LLC
2000 S. Hanley Road
St. Louis, MO 63144
Tel: (314) 646-1110
Fax: (314) 646-1122
JReeves@kingkrehbiel.com


        By: */s/ John M. Waldron*
        John M. Waldron
        ARCHCITY DEFENDERS, INC.
        440 North 4th Street, Ste. 390
        St. Louis, MO 63102
        Tel: (855) 724-2489
        Fax:  (314) 925-1307
        jwaldron@archcitydefenders.org