**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| ANGELA DAVIS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:18-CV-1514 RLW |
| | ) | |
| CITY OF NORMANDY, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Hearing in Support of the Parties' Joint Motion for Preliminary Class Certification is **GRANTED**.   (ECF No. 84)

**IT IS FURTHER ORDERED** that a hearing on the parties' Joint Motion for Preliminary Class Certification in this matter is set for **Thursday, March 24, 2022**, at **10:30 a.m.** in Courtroom 10-South.

_____
**RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE**

Dated this 11th day of March, 2022.